IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTWAIN D. ASHLEY,

      Appellant,

 v.

Case No. 5D23-412
LT Case No. 16-2006-CF-16512-AXXX-MA

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana R. Salvador, Judge.

Antwain D. Ashley, Carrabelle, pro se.

Ashley Moody, Attorney General, and
Benjamin Hoffman, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.


EISNAUGLE, HARRIS and KILBANE, JJ., concur.